UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JOEL D. LUCOFF,

    Plaintiff,

vs.

Case No. 18-cv-60743 Gayles/Seltzer

NAVIENT SOLUTIONS, LLC and STUDENT
ASSISTANCE CORPORATION,

    Defendant.

_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendants, NAVIENT SOLUTIONS, LLC and STUDENT ASSISTANCE CORPORATION ("NSL" and "SAC" respectively), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby answer Plaintiff's Complaint as follows:

1. In response to the allegations of Paragraph 1 of Plaintiff's Complaint, Defendants admit that Plaintiff purports to allege claims under the Telephone Consumer Protection Act. Defendants deny that they have violated the TCPA or any statute. All other allegations are denied

2. In response to the allegations of Paragraph 2 of Plaintiff's Complaint, subject to their affirmative defenses, Defendants admit that this Court has jurisdiction.

## PARTIES

3. In response to Paragraph 3 of Plaintiff's Complaint, upon reasonable inquiry, the information known and readily available to the Defendants render them unable to ascertain the truth or falsity of the information contained in Paragraph 3 because they do not know where Plaintiff resides.

4. In response to the allegations of Paragraph 4, NSL admits its principle place of business is located at 2001 Edmund Halley Dr., Reston, Virginia, 20191. NSL admits that it is a limited liability company. NSL denies all remaining allegations in Paragraph 4.

5. In response to the allegations of Paragraph 5, NSL admits that its registered agent is Corporation Service Co., 1201 Hays St., Tallahassee, FL 32301. NSL admits it is registered as a foreign limited liability company. NSL denies all remaining allegations in Paragraph 5.

6. The allegations of Paragraph 6 of Plaintiff's Complaint call for a legal conclusion, to which no response is required. All other allegations are denied.

7. The allegations of Paragraph 7 of Plaintiff's Complaint call for a legal conclusion, to which no response is required. All other allegations are denied.

8. In response to the allegations of Paragraph 8, SAC admits that it is a corporation organized under the laws of Delaware. SAC denies all remaining allegations in Paragraph 8.

9. In response to the allegations of Paragraph 9, SAC admits that it is a corporation organized under the laws of Delaware. SAC admits that its registered agent is Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware, 19808. SAC denies all remaining allegations in Paragraph 9.

**FACTUAL ALLEGATIONS**

10. In response to Paragraph 10 of Plaintiff's Complaint, upon reasonable inquiry, the information known and readily available to the Defendants render them unable to ascertain the truth or falsity of the information contained in Paragraph 10, and therefore the same is denied.

11. In response to Paragraph 11 of Plaintiff's Complaint, upon reasonable inquiry, the information known and readily available to the Defendants render them unable to ascertain the truth or falsity of the information contained in Paragraph 11, and therefore the same is denied.

12. The allegations of Paragraph 12 of Plaintiff's Complaint call for a legal conclusion, to which no response is required. All other allegations are denied.

13. The allegations of Paragraph 13 of Plaintiff's Complaint call for a legal conclusion, to which no response is required. All other allegations are denied.

14. The allegations of Paragraph 14 of Plaintiff's Complaint call for a legal conclusion, to which no response is required. All other allegations are denied.

15. Defendants deny the allegations of Paragraph 15 of Plaintiff's Complaint.

## COUNT I - TCPA

16. In response to Paragraph 16 of Plaintiff's Complaint, Defendants repeat and re-allege each and every answer given in response to the allegations contained in Paragraphs 1 through 15 of Plaintiff's Complaint.

17. Defendants deny the allegations of Paragraph 17 of Plaintiff's Complaint.

18. Defendants deny that Plaintiff is entitled to the relief sought in the prayer for relief.

## AFFIRMATIVE DEFENSES

Without assuming the burden of proof where it otherwise lies with Plaintiff, Defendants assert the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

The Complaint fails to set forth facts sufficient to state a claim against Defendants.

### SECOND AFFIRMATIVE DEFENSE
(Consent)

Defendants are informed and believe, and on that basis allege, that Plaintiff is barred, in whole or in part, from maintaining the alleged claims because "prior express consent," within the meaning of the TCPA, was provided for the calls allegedly made to Plaintiff.

### THIRD AFFIRMATIVE DEFENSE
(Estoppel)

Defendants are informed and believe, and on that basis allege, that the Complaint is barred, in whole or in part, by the conduct of Plaintiff, which amounts to and constitutes an estoppel of the claims and any relief sought thereby.

### FOURTH AFFIRMATIVE DEFENSE
(Waiver)

The Complaint, and each purported claim alleged therein, is barred by the conduct of Plaintiff, which amounts to and constitutes a waiver of any right or rights that Plaintiff may or might have in relation to the matters alleged in the Complaint.

### FIFTH AFFIRMATIVE DEFENSE
(Failure to Mitigate)

To the extent that Plaintiff has suffered any harm as a result of the matters alleged in the Complaint, which Defendants deny, Plaintiff failed to mitigate that harm, and the claims therefore are barred, in whole or in part.

### SIXTH AFFIRMATIVE DEFENSE
(Setoff)

The claims of Plaintiff are subject to setoff and/or recoupment.

### SEVENTH AFFIRMATIVE DEFENSE
(Not Knowing or Willful)

Plaintiff is precluded from any recovery from Defendants for a willful or knowing violation of the TCPA because any such violation, which Defendants deny occurred, would not have been willful or knowing.

### EIGHTH AFFIRMATIVE DEFENSE
(Due Process)

The imposition of liability and/or statutory damages under the TCPA as sought in the Complaint would violate provisions of the United States Constitution, including the Due Process Clause.

### NINTH AFFIRMATIVE DEFENSE
(Not "charged" for calls)

Plaintiff was not "charged" for any of the alleged calls as required by 47 U.S.C. § 227(b)(1)(A)(iii).

### TENTH AFFIRMATIVE DEFENSE
(Lack of Standing)

Plaintiff's claim is barred in whole or in part to the extent that she did not suffer an injury in fact.

### ELEVENTH AFFIRMATIVE DEFENSE
(Federal Debt)

Plaintiff's claim is barred in whole or in part by the Bipartisan Budget Act of 2015 for any calls Defendants made while servicing federal loans owned or guaranteed by the United States.

### TWELFTH AFFIRMATIVE DEFENSE
(Reservation of Rights)

Defendants expressly reserve the right to assert such other and further affirmative defenses as may be appropriate.

WHEREFORE, Defendants requests the following relief:

1. That Plaintiff take nothing by virtue of the Complaint;

2. For judgment to be entered against Plaintiff and in favor of Defendants;

Case No. 18-cv-60743 Gayles/Seltzer

3. That Defendants be awarded their attorneys' fees and costs incurred in this action, and any other amounts recoverable under law; and

4. That this Court grant Defendants such other relief that this Court may deem just and proper.

*s/ Barbara Fernandez*
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
Barbara Fernandez
Florida Bar No. 0493767
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: lleon@hinshawlaw.com;
dconnolly@hinshawlaw.com
Attorneys for Defendants NAVIENT
SOLUTIONS, LLC and STUDENT
ASSISTANCE CORPORATION

Case No. 18-cv-60743 Gayles/Seltzer

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald A. Yarbrough, Esquire
Florida Bar No. 0158658
P.O. Box 11842
Ft. Lauderdale, Florida 33339
Tel:  954-537-2000
Fax:  954-566-2235
Email:  don@donyarbrough.com
*Attorneys for Plaintiff*

*s/ Barbara Fernandez*
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendants NAVIENT SOLUTIONS, LLC and STUDENT ASSISTANCE CORPORATION

301872645v1 A2022