UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-60743-Civ-Gayles/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC, and
STUDENT ASSISTANCE CORPORATION

    Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

    Plaintiff, Joel D. Lucoff, pursuant to the Court's Order (DE 10) files his Certificate of Interested Parties and Corporate Disclosure Statement as follows:

    1.    The following is a list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Plaintiff:

    Joel D. Lucoff, Plaintiff

    Donald A. Yarbrough, Esq., Counsel for Plaintiff

    Navient Solutions, LLC & Student Assistance Corporation, Defendant

    Barbara Fernandez, Esq., Counsel for Defendant

    Hinshaw & Culbertson, LLP, Counsel for Defendant

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
don@donyarbrough.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-60743-Civ-Gayles/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC, and
STUDENT ASSISTANCE CORPORATION

    Defendants.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 23, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063
Electronic Mail Address: bfernandez@hinshawlaw.com

Via Notices of Electronic Filing generated by CM/ECF