UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

JOEL D. LUCOFF,

      Plaintiff,

vs.

Case No. 18-CV-60743- Gayles/Seltzer

NAVIENT SOLUTIONS, LLC and
STUDENT ASSISTANCE
CORPORATION,

      Defendants.

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant, NAVIENT SOLUTIONS, LLC and STUDENT ASSISTANCE CORPORATION, by and through undersigned counsel, and pursuant to the Court's Interested Persons Order for Civil Cases [DE 04], hereby submit their Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The following is a list of persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    Plaintiff, Joel Lucoff
    c/o Donald A. Yarbrough, Esq.
    Post Office Box 11842
    Fort Lauderdale, Florida 33339

    Donald A. Yarbrough, Esq.
    Attorney for Plaintiff
    Post Office Box 11842
    Fort Lauderdale, Florida 33339

   Defendant, Navient Solutions, Inc.
   c/o Barbara Fernandez
   Hinshaw & Culbertson LLP
   2525 Ponce de Leon Boulevard – 4th FL
   Coral Gables, FL   33134

   Student Assistance Corporation
   c/o Barbara Fernandez
   Hinshaw & Culbertson LLP
   2525 Ponce de Leon Boulevard – 4th FL
   Coral Gables, FL   33134

   Barbara Fernandez
   Hinshaw & Culbertson LLP
   2525 Ponce de Leon Boulevard – 4th FL
   Coral Gables, FL   33134

   West Holden
   Hinshaw & Culbertson LLP
   2525 Ponce de Leon Boulevard – 4th FL
   Coral Gables, FL   33134

  2. The name of every other entity whose publicly-traded stock, equity, or debt maybe substantially affected by the outcome of the proceedings:   **None.**

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors in bankruptcy cases):   **None known of.**

  4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   **Plaintiff, Joel Lucoff**

  5. I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Case No. 18-CV-60743- Gayles/Seltzer

## **CORPORATE DISCLOSURE STATEMENT**

Defendant, Navient Solutions, LLC, pursuant to Federal Rule of Civil Procedure 7.1, submits its Corporate Disclosure Statement, and states that Navient Solutions, LLC's parent company is Navient Corp.

Defendant, Student Assistance Corporation, pursuant to Federal Rule of Civil Procedure 7.1, submits its Corporate Disclosure Statement, and states that Student Assistance Corporation's parent company is Navient Corp.

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Navient Solutions, LLC and Student Assistance Corporation

301934019v1 1008471

Case No. 18-CV-60743- Gayles/Seltzer

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Donald Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL   33339
Tel:  954-537-2000
Fax: 954-566-2235
Attorneys for Plaintiff
don@donyarbrough.com

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
West A. Holden
Florida Bar No. 0113569
wholden@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
Secondary: dconnolly@hinshawlaw.com
Attorneys for Navient Solutions LLC and Student Assistance Corporation

301934019v1 1008471