UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-60743-Civ-Gayles/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC, and
STUDENT ASSISTANCE CORPORATION

    Defendants.

_____/

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed R. Civ. P. 56, Plaintiff, Joel D. Lucoff, moves this Court for an entry of summary judgment on the basis that, Defendants violated the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA"), by placing telephone calls to Plaintiff's cellular telephone using an automated telephone dialing system without his consent in violation of 47 U.S.C. §227(b)(1)(A)(iii) In support thereof, Plaintiff states as follows:

1.    It is undisputed that Defendant, Student Assistance Corporation ("SAC") placed 1,549 telephone calls to Plaintiff's cellular telephone using a pre-recorded voice or an automatic telephone dialing system. (Plaintiff's Statement of Material Facts ("PSMF") ¶ 1 to 6). Such calls were made without Plaintiff's prior express consent, as he had properly revoked any prior consent in his June 24, 2014 telephone call with Navient Solutions, LLC ("Navient"); his revocation is applicable to both Navient *and* its affiliates. PSMF ¶12 to 23. Student Assistance Corporation ("SAC") is an affiliate of Navient. PSMF ¶19 to 20.

2.    It is undisputed that Defendant, Navient placed 418 telephone calls to Plaintiff's cellular telephone using a pre-recorded voice or an automatic telephone dialing system. PSMF¶ 7

through 11. Such calls were made without Plaintiff's prior express consent, as he had properly revoked any prior consent in his June 24, 2014 telephone call with Navient *and* its affiliates. PSMF ¶12 to 23.

      3.     As to the TCPA, minimum statutory damages are $500 per violation. The statute does not provide for discretion in the determination of minimum statutory damages. Accordingly, Plaintiff seeks a judgment from the Court that Defendants are liable to Plaintiff for $500 per violation. Plaintiff seeks additional damages of $1,000 per calls because Defendants' calls were willing and knowing violations of the TCPA as Defendants knew Plaintiff's telephone number was a cellular number and knew that he had revoked consent. PSMF ¶12 to 23.

      4.     In support of this motion, Plaintiff submits the accompanying Memorandum and Plaintiff's Statement of Material Facts. As set forth in Plaintiff's Memorandum, the undisputed facts establish that Defendants have violated the TCPA.

WHEREFORE, Plaintiff respectfully requests summary judgment be entered in his favor and against Defendants holding that Defendants are liable for minimum statutory damages of $500 and for additional damages for willing of knowing violation of the TCPA of up to $1,000 for each of the 1,549 violative calls placed by SAC and each of the 418 violative calls placed by Navient.

                                            Respectfully submitted,

                                            DONALD A. YARBROUGH, ESQ.
                                            Attorney for Plaintiff
                                            Post Office Box 11842
                                            Fort Lauderdale, Florida 33339
                                            Telephone: (954) 537-2000
                                            Facsimile: (954) 566-2235

don@donyarbrough.com

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 18-60743-Civ-Gayles/Seltzer

JOEL D. LUCOFF,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC, and
STUDENT ASSISTANCE CORPORATION

    Defendants.

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 8, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/Donald A. Yarbrough
                                                Donald A. Yarbrough, Esq.

## **SERVICE LIST**

Ms. Barbara Fernandez, Esq.
Hinshaw & Culbertson, LLP
4 Floor
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
Telephone: 305-428-5031
Facsimile: 305-577-1063
Electronic Mail Address: bfernandez@hinshawlaw.com

Via Notices of Electronic Filing generated by CM/ECF