UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-60743-RAR

**JOEL D. LUCOFF**,

    Plaintiff,

v.

**NAVIENT SOLUTIONS, LLC**, *et al.*,

    Defendants.

_____/

**FINAL JUDGMENT**

**THIS CAUSE** comes before the Court upon the Order Affirming and Adopting Report and Recommendations [ECF No. 80] filed on August 7, 2019.  For the reasons stated in the Order, and pursuant to Rules 55 and 58 of the Federal Rules of Civil Procedure, it is

**ORDERED AND ADJUDGED** as follows:

1. Final judgment is hereby **ENTERED** in favor of Defendant Navient Solutions, LLC and Defendant Student Assistance Corporation and against Plaintiff Joel D. Lucoff.  Plaintiff shall take nothing from this action and Defendants shall go hence without day.

2. The Court retains jurisdiction over any other motion for attorney's fees or costs, any post-judgment matter that may be raised pursuant to the Federal Rules of Civil Procedure, and any motions that raise issues collateral to the Final Judgment.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of August, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**